## MAYER vs. SALISBURY and others.

Where a prior incumbrancer is obliged to appear in a foreclosure suit, in order to protect his rights, he is entitled to the necessary costs of his appearance; to be first paid out of the proceeds of the sale under the decree.

THE bill in this case was filed to foreclose a mortgage ; and the defendant Packard had a lien upon the premises as a purchaser at a tax sale, the time for redemption not having yet expired ; which lien overreached, and was entitled to priority over, the complainant's mortgage.

The Oswego Falls Bridge Company *v.* Fish.

*J. Rhoades,* for the defendant Packard, asked for his costs of appearing to protect his prior lien.

*J. J. Hill,* for the complainant.

The CHANCELLOR said that where a prior incumbrancer was made a defendant, in a foreclosure suit, he was entitled to his costs of appearing to protect his rights; and that the necessary costs incurred by him for that purpose should be first paid out of the proceeds of the sale of the mortgaged premises.

Decree accordingly.